UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 15-09623-DDSF (JEMx) | Date | August 18, 2016 |
|---|---|---|---|
| Title | Chris Langer v. Pacific Capital LLC, et al. | | |

Present: The Honorable   John E. McDermott, United States Magistrate Judge

S. Anthony
Deputy Clerk

Court Reporter / Recorder

Attorneys Present for Plaintiffs:

Attorneys Present for Defendants:

Proceedings:   **(IN CHAMBERS) ORDER RE PLAINTIFF'S MOTION COMPELLING INITIAL RESPONSES TO REQUESTS FOR THE PRODUCTION OF DOCUMENTS, COMPELLING INITIAL RESPONSES TO INTERROGATORIES, SEEKING RULE 37 SANCTIONS (Docket No. 29)**

Before the Court is a Motion Compelling Responses to Requests for Production and to Interrogatories and for Sanctions filed by Plaintiff Chris Langer ("Langer") against Defendant Soonkwon, Inc. ("Defendant"). Defendant did not respond to the propounded discovery by the apparent due date of June 27, 2016. Nor, according to Plaintiff, has Defendant responded to Plaintiff's attempt to meet and confer. Accordingly, Defendant is ORDERED to show cause by **August 26, 2016** ("OSC") why the Court should not order the relief requested by Plaintiff. If Defendant opposes the OSC, Plaintiff may file a reply by **September 2, 2016**.

cc:   Parties

:
Initials of Deputy Clerk   sa