JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER,<br><br>    Plaintiff,<br><br>    v.<br><br>PACIFIC CAPITAL LLC; and SOONKWON, INC.,<br><br>    Defendants. | Case No.: CV 15-9623 DSF (JEMx)<br><br>JUDGMENT |

Plaintiff having dismissed the action without prejudice as to Defendant Pacific Capital LLC and the Court having granted Plaintiff's motion for summary judgment as to Defendant Soonkwon, Inc., IT IS ORDERED AND ADJUDGED that Plaintiff shall have judgment in his favor in the amount of $4,000 against Defendant Soonkwon, Inc.  Additionally, Defendant Soonkwon, Inc. is ordered to provide an accessible parking space and transaction counter that complies with the Americans with Disabilities Act.

Dated: 7/13/17

Dale S. Fischer
United States District Judge